FILED IN
COURT OF CRIMINAL APPEALS

JAN 1 2 2015

Abel Acosta, Clerk

AP-77,052

FILED
at 12:07 o'clock P M

NOV 0 6 2014

CAUSE NO. 12-1237-K26

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 26th DISTRICT COURT David |
| | | District Clerk, Williamson Co., TX. |
| VS. | § | |
| STEVEN ALAN THOMAS | § | WILLIAMSON COUNTY, TEXAS |

## ORDER AND NOTICE

The above named defendant was convicted of capital murder and sentenced to death on October 31, 2014. The Court finds that the defendant is indigent and desires to have counsel appointed for the purpose of a writ of habeas corpus under Art. 11.071, Texas Code of Criminal Procedure.

Therefore, the Court hereby appoints the Office of Capital Writs and Director Brad D. Levenson as counsel for defendant to investigate the case, file the appropriate writ, and represent the defendant fully. Following the Motion for New Trial, trial counsel Steve Brittain and Alan Williams are relieved of their representation of Mr. Thomas.

The District Clerk is hereby ordered to forward a copy of this Order and Notice to the Office of Capital Writs and to the Court of Criminal Appeals. Appointed counsel's address is as follows:

Brad D. Levenson
Office of Capital Writs
Stephen F. Austin Building
1700 N. Congress Avenue, Suite 460
Austin, Texas 78701
512-463-8502 – Direct
512-463-8590 – Fax
Brad.Levenson@ocw.texas.gov

So ordered this 6 day of November, 2014.

Burt Carnes
Presiding Judge

Billy Ray Stubblefield
Judge – 26th District Court

